Order issued October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01012-CV

JONATHAN BAILEY, ET AL., Appellants

V.

BOKA POWELL, LLC, Appellees

## ORDER

We **GRANT** appellants' October 1, 2012 unopposed motion to supplement the clerk's record with documents for camera inspection. We **DIRECT** the Clerk of this Court to file **UNDER SEAL**, as of the date of this order, the supplemental clerk's record tendered to this Court on October 1, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE